UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KRISTOPHER K. JERNIGAN,
    Plaintiff,

vs.                                  Case No.: 3:20cv5670/LAC/EMT

ESCAMBIA COUNTY ROAD PRISON, et al.,
    Defendants.
                                           /

## **REPORT AND RECOMMENDATION**

This matter is before the court upon referral from the clerk. Plaintiff, proceeding pro se, commenced this action by filing a civil rights complaint pursuant to 42 U.S.C. § 1983 and a motion to proceed in forma pauperis (IFP) (ECF Nos. 1, 3). Plaintiff's IFP motion was deficient in that Plaintiff did not provide the requisite supporting documentation—specifically, a Prisoner Consent Form and Financial Certificate signed by an authorized prison official and an attached inmate account statement reflecting the activity in his inmate account for the preceding six-month period.

The court thus entered an order directing Plaintiff to file a complete IFP motion on the proper form, including all the required supporting documentation, or pay the $400 filing fee within thirty days (ECF No. 4). The undersigned directed

the clerk of court to send Plaintiff the correct set of forms needed for filing a motion to proceed IFP and advised that failure to comply with the court's order as instructed could result in a recommendation that the case be dismissed (*id.*).

Plaintiff did not file an IFP motion or pay the filing fee within the time allowed. The court therefore entered an order on September 10, 2020, directing Plaintiff to show cause, within thirty days, why the case should not be dismissed for failure to comply with an order of the court (ECF No. 5). The time for compliance with the show cause order has now elapsed, and Plaintiff has neither submitted an IFP motion nor paid the filing fee.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

At Pensacola, Florida, this 19th day of October 2020.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

# NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen days of the date of the Report and Recommendation. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.</u> An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636.**