Page 1 of 2

## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

KRISTOPHER K. JERNIGAN,
 Plaintiff,

vs.            Case No.: 3:20cv5670/LAC/EMT

ESCAMBIA COUNTY ROAD PRISON, et al.,
 Defendants.
                /

## **ORDER**

The chief magistrate judge issued a Report and Recommendation on October 19, 2020 (ECF No. 6). The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1. The chief magistrate judge's Report and Recommendation (ECF No. 6) is adopted and incorporated by reference in this order.

2. This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

Case No.: 3:20cv5670/LAC/EMT

3. The clerk is directed to close this file.

**DONE AND ORDERED** this 18th day of November, 2020.

*s/L.A. Collier*
**LACEY A. COLLIER
SENIOR UNITED STATES DISTRICT JUDGE**